## G.A.C. Fitness - Equipment List

| Brand | Year | Type | Model | Description | Quantity | Unit Pricing | Total Cost Per Model |
|---|---|---|---|---|---|---|---|
| **CYBEX** | 2012 | Big Iron Series | 19010 | 8' Half Rack | 5 | $ 3,995.00 | $ 19,975.00 |
| | | | 19100 | Adjustable Bench - Locking | 5 | $ 1,245.00 | $ 6,225.00 |
| | | | 19110 | Adjustable Bench - Non-Locking | 2 | $ 1,145.00 | $ 2,290.00 |
| | 2012 | Cardio | 625T-41-4 | 625T Treadmill - 115v | 6 | $ 6,795.00 | $ 40,770.00 |
| | | | 750A | 750A Lower Body Arc Trainer | 5 | $ 7,795.00 | $ 38,975.00 |
| | | | 750AT | 750AT Total Body Arc Trainer | 4 | $ 7,995.00 | $ 31,980.00 |
| | | | 750C | 750C Upright Cycle | 1 | $ 3,495.00 | $ 3,495.00 |
| | | | 750R | 750R Recumbent Cycle | 2 | $ 3,695.00 | $ 7,390.00 |
| | 2012 | Free Weight | 16010 | Olympic Bench | 1 | $ 875.00 | $ 875.00 |
| | | | 16030 | Utility Bench | 2 | $ 475.00 | $ 950.00 |
| | | | 16050 | Olympic Incline Bench | 1 | $ 1,025.00 | $ 1,025.00 |
| | | | 16062 | Olympic Decline Bench | 1 | $ 1,025.00 | $ 1,025.00 |
| | | | 16230 | Squat Rack w/Fixed Stops | 1 | $ 1,845.00 | $ 1,845.00 |
| | 2012 | Jungle Gym | 17001 | Quad Tower | 2 | $ 1,545.00 | $ 3,090.00 |
| | | | 17031 | Row | 1 | $ 1,945.00 | $ 1,945.00 |
| | | | 17041 | Dual Handle Row | 1 | $ 2,045.00 | $ 2,045.00 |
| | | | 17050 | Hi-Lo Cable | 1 | $ 1,325.00 | $ 1,325.00 |
| | | | 17060 | Triceps Pushdown | 1 | $ 1,225.00 | $ 1,225.00 |
| | | | 17071 | Lat Pull | 1 | $ 1,945.00 | $ 1,945.00 |
| | | | 17130 | Embedded Cable Cross Over | 1 | $ 4,215.00 | $ 4,215.00 |
| | | | 17141 | Dip Chin | 1 | $ 3,095.00 | $ 3,095.00 |
| | 2012 | Plate Loaded | 16120 | Smith Press | 1 | $ 4,065.00 | $ 4,065.00 |
| | | | 16150 | Squat Press | 1 | $ 3,475.00 | $ 3,475.00 |

## G.A.C. Fitness - Equipment List

| Brand | Year | Type | Model | Description | Quantity | Unit Pricing | Total Cost Per Model |
|---|---|---|---|---|---|---|---|
| **Cybex** | 2012 | VR3 | 12001 | VR3 Chest Press | 1 | $ 4,315.00 | $ 4,315.00 |
| | | | 12010 | VR3 Overhead Press | 1 | $ 4,215.00 | $ 4,215.00 |
| | | | 12020 | VR3 Pulldown | 1 | $ 4,315.00 | $ 4,315.00 |
| | | | 12040 | VR3 Seated Leg Press | 1 | $ 5,795.00 | $ 5,795.00 |
| | | | 12051 | VR3 Leg Extension - Start RLD | 1 | $ 4,315.00 | $ 4,315.00 |
| | | | 12061 | VR3 Seated Leg Curl - Start RLD | 1 | $ 4,315.00 | $ 4,315.00 |
| | | | 12070 | VR3 Arm Curl | 1 | $ 3,715.00 | $ 3,715.00 |
| | | | 12080 | VR3 Arm Extenstion | 1 | $ 3,715.00 | $ 3,715.00 |
| | | | 12090 | VR3 Ab Crunch | 1 | $ 3,475.00 | $ 3,475.00 |
| | | | 12111 | VR3 Fly/Rear Delt | 1 | $ 4,515.00 | $ 4,515.00 |
| | 2012 | Free Weight | 16255 | Three Tier Dumbbell Rack | 2 | $ 1,395.00 | $ 2,790.00 |
| | | | 16140 | Weight Tree | 4 | $ 425.00 | $ 1,700.00 |
| **Woodway** | 2012 | Cardio | CVBG | Curve Treadmill 2.1 | 5 | $ 5,950.00 | $ 29,750.00 |
| **Power Systems** | 2012 | Misc. | 13622 | Power Training Rope 30' x 1.5" | 1 | $ 109.95 | $ 109.95 |
| | | | 13632 | Power Training Rope 30' x 2" | 1 | $ 164.95 | $ 164.95 |
| | | | 25234 | Basic Power Med Ball 2lb. | 3 | $ 21.95 | $ 65.85 |
| | | | 25236 | Basic Power Med Ball 4lb. | 3 | $ 26.95 | $ 80.85 |
| | | | 25238 | Basic Power Med Ball 6lb. | 3 | $ 34.95 | $ 104.85 |
| | | | 25240 | Basic Power Med Ball 8lb. | 3 | $ 41.95 | $ 125.85 |
| | | | 25242 | Basic Power Med Ball 10lb. | 3 | $ 49.95 | $ 149.85 |
| | | | 25246 | Basic Power Med Ball 15lb. | 3 | $ 64.95 | $ 194.85 |
| | | | 24004 | Dynamax Med Ball - 4lb. | 3 | $ 69.95 | $ 209.85 |
| | | | 24006 | Dynamax Med Ball - 6lb. | 3 | $ 74.95 | $ 224.85 |
| | | | 24008 | Dynamax Med Ball - 8lb. | 3 | $ 79.95 | $ 239.85 |
| | | | 24010 | Dynamax Med Ball - 10lb. | 3 | $ 84.95 | $ 254.85 |

## G.A.C. Fitness - Equipment List

| Brand | Year | Type | Model | Description | Quantity | Unit Pricing | Total Cost Per Model |
|---|---|---|---|---|---|---|---|
| **Power Systems** | 2012 | Misc. | 24012 | Dynamax Med Ball - 12lb. | 3 | $ 89.95 | $ 269.85 |
| | | | 70279 | BOSU Storage Rack w/14 BOSU Pro | 1 | $ 2,049.95 | $ 2,049.95 |
| | | | 80159 | VersaDisc - Blue | 12 | $ 22.95 | $ 275.40 |
| | | | 80008 | VersaBall - 30 cm Green Mist | 3 | $ 22.95 | $ 68.85 |
| | | | 80011 | VersaBall - 45 cm Jet Black | 3 | $ 24.95 | $ 74.85 |
| | | | 80016 | VersaBall - 55 cm Glacier Blue | 3 | $ 26.95 | $ 80.85 |
| | | | 80027 | VersaBall - 65 cm Silver Frost | 3 | $ 29.95 | $ 89.85 |
| | | | 80248 | The Grid | 12 | $ 39.95 | $ 479.40 |
| | | | 70300 | Prostretch - Single | 3 | $ 29.95 | $ 89.85 |
| | | | 85200 | Detecto Eye-Level Beam Scale | 3 | $ 359.95 | $ 1,079.85 |
| | | | 85310 | Saehan Skinfold Caliper | 1 | $ 179.95 | $ 179.95 |
| | | | 10440 | Power Sled w/Shoulder Harness & Leads | 2 | $ 164.95 | $ 329.90 |
| | | | 22580 | Just Jump | 1 | $ 579.95 | $ 579.95 |
| | | | 30200 | Step Hurdle 6" | 12 | $ 8.95 | $ 107.40 |
| | | | 30090 | Short Cone Set (Set of 40) | 2 | $ 29.95 | $ 59.90 |
| | | | 30694 | Agility Ladder 30 Ft. | 2 | $ 64.95 | $ 129.90 |
| | | | 20562 | Power-Plyo Box Advanced Set | 1 | $ 766.95 | $ 766.95 |
| | | | 50351 | Premium Kettlebell - 5lb. | 2 | $ 25.95 | $ 51.90 |
| | | | 50352 | Premium Kettlebell - 8lb. | 2 | $ 28.95 | $ 57.90 |
| | | | 50353 | Premium Kettlebell - 10lb. | 2 | $ 32.95 | $ 65.90 |
| | | | 50354 | Premium Kettlebell - 12lb. | 2 | $ 34.95 | $ 69.90 |
| | | | 50355 | Premium Kettlebell - 15lb. | 2 | $ 38.95 | $ 77.90 |
| | | | 50357 | Premium Kettlebell - 20lb. | 2 | $ 48.95 | $ 97.90 |
| | | | 50358 | Premium Kettlebell - 25lb. | 2 | $ 53.95 | $ 107.90 |
| | | | 50359 | Premium Kettlebell - 30lb. | 2 | $ 58.95 | $ 117.90 |
| | | | 50361 | Premium Kettlebell - 40lb. | 2 | $ 71.95 | $ 143.90 |
| | | | 50363 | Premium Kettlebell - 50lb. | 2 | $ 84.95 | $ 169.90 |
| | | | 21140 | Ultra Slide Board | 1 | $ 579.95 | $ 579.95 |
| | | | 61858 | Hex Bar | 6 | $ 149.95 | $ 899.70 |

## G.A.C. Fitness - Equipment List

| Brand | Year | Type | Model | Description | Quantity | Unit Pricing | Total Cost Per Model |
|---|---|---|---|---|---|---|---|
| **Power Systems** | 2012 | Misc. | 60298 | Fixed Barbell Rack w/Full Set of Fixed Barbells | 1 | $ 1,534.95 | $ 1,534.95 |
| | | | 61503 | Rubber Octagonal Dumbbell - 3lb. | 10 | $ 6.45 | $ 64.50 |
| | | | 61505 | Rubber Octagonal Dumbbell - 5lb. | 10 | $ 8.45 | $ 84.50 |
| | | | 61510 | Rubber Octagonal Dumbbell - 10lb. | 10 | $ 15.95 | $ 159.50 |
| | | | 61515 | Rubber Octagonal Dumbbell - 15lb. | 10 | $ 23.45 | $ 234.50 |
| | | | 61520 | Rubber Octagonal Dumbbell - 20lb. | 10 | $ 30.95 | $ 309.50 |
| | | | 61796 | Horizontal Dumbbell Rack | 3 | $ 299.95 | $ 899.85 |
| | | | 27188 | 3-Tier MedBall Rack | 2 | $ 239.95 | $ 479.90 |
| | | | 85360 | Body Fat Analyzer | 1 | $ 59.95 | $ 59.95 |
| | | | 13556 | Hydro Power Ball - 30cm | 3 | $ 122.95 | $ 368.85 |
| | | | 13558 | Hydro Power Ball - 40cm | 3 | $ 134.95 | $ 404.85 |
| | | | 40472 | Pro Plate Rack Horizontal | 6 | $ 299.95 | $ 1,799.70 |
| | | | 61954 | Premium Revolving 24" Lat Bar | 1 | $ 64.95 | $ 64.95 |
| | | | 61952 | Premium Revolving 20" Straight Bar | 1 | $ 34.95 | $ 34.95 |
| | | | 61960 | Premium Tricep Press Down Bar | 1 | $ 34.95 | $ 34.95 |
| | | | 61972 | Premium Revolving Low Pulley Bar | 1 | $ 34.95 | $ 34.95 |
| | | | 50740 | Pro Tricep Rope | 1 | $ 24.95 | $ 24.95 |
| | | | 50728 | Long Padded Tricep Strap | 1 | $ 32.95 | $ 32.95 |
| | | | 50710 | Single Grip Handle Strap | 6 | $ 12.95 | $ 77.70 |
| **Step Fitness** | 2012 | Group X Equip. | | Group Power Weight Set (BTS Discounted $) | 31 | $ 55.00 | $ 1,705.00 |
| | | | | Storage Rack | 1 | $ 495.00 | $ 495.00 |
| | | | | 10kg Weights | 8 | $ 25.00 | $ 200.00 |
| | | | | 10kg Side Rack | 1 | $ 65.00 | $ 65.00 |
| | | | | The Original Step® | 31 | $ 57.50 | $ 1,782.50 |
| **Title Boxing** | 2012 | Timer | | Professional Fight & Gym Timer | 1 | $ 199.99 | $ 199.99 |

## G.A.C. Fitness - Equipment List

| Brand | Year | Type | Model | Description | Quantity | Unit Pricing | Total Cost Per Model |
|---|---|---|---|---|---|---|---|
| **Troy Barbell** | 2012 | Bars/Weights | GO-045VR | 45lb. Olympic 2" Rubber 3 Hole Grip Plate | 44 | $ 74.88 | $ 3,294.72 |
| | | | GO-025VR | 25lb. Olympic 2" Rubber 3 Hole Grip Plate | 42 | $ 41.60 | $ 1,747.20 |
| | | | GO-010VR | 10lb. Olympic 2" Rubber 3 Hole Grip Plate | 42 | $ 16.64 | $ 698.88 |
| | | | GO-005VR | 5lb. Olympic 2" Rubber 3 Hole Grip Plate | 42 | $ 8.32 | $ 349.44 |
| | | | GO-002VR | 2.5lb. Olympic 2" Rubber 3 Hole Grip Plate | 22 | $ 4.16 | $ 91.52 |
| | | | TSD-R5125 | 12- Sided Rubber DB, 5-125lb. Pairs | 1 | $ 6,708.00 | $ 6,708.00 |
| | | | AOB-2000B | Texas Powerbar Int'l 1500 lb. | 10 | $ 350.40 | $ 3,504.00 |
| | | | TOZ-60B | 5' EZ Curl Bar - Black | 2 | $ 129.60 | $ 259.20 |
| | | | BO-045SBP | 45lb. 2" Solid Bumper Plate w/brass insert | 14 | $ 79.20 | $ 1,108.80 |
| | | | BO-035SBP | 35lb. 2" Solid Bumper Plate w/brass insert | 14 | $ 61.60 | $ 862.40 |
| | | | BO-025SBP | 25lb. 2" Solid Bumper Plate w/brass insert | 14 | $ 44.00 | $ 616.00 |
| | | | BO-010SBP | 10lb. 2" Solid Bumper Plate w/brass insert | 14 | $ 17.60 | $ 246.40 |
| | | | KB-005 | Black Cast Kettlebell 5lb. | 2 | $ 6.56 | $ 13.12 |
| | | | KB-010 | Black Cast Kettlebell 10lb. | 2 | $ 13.44 | $ 26.88 |
| | | | KB-015 | Black Cast Kettlebell 15lb. | 2 | $ 20.16 | $ 40.32 |
| | | | KB-020 | Black Cast Kettlebell 20lb. | 2 | $ 26.88 | $ 53.76 |
| | | | KB-025 | Black Cast Kettlebell 25lb. | 2 | $ 33.60 | $ 67.20 |
| | | | KB-030 | Black Cast Kettlebell 30lb. | 2 | $ 40.32 | $ 80.64 |
| **MuscleDriver** | 2014 | CrossFit Rig | | Pull-Up Rig w/Bar Catches | 1 | $ 1,000.00 | $ 1,000.00 |
| **Rogue Fitness** | 2014 | Rower | | Black Concept2 Rower PM5 | 1 | $ 900.00 | $ 900.00 |
| | 2013 | Free Weigths | | The Bella Bar - 35lb. Bar | 5 | $ 215.00 | $ 1,075.00 |
| | | Rings | | Gymnastics Wood Rings | 4 | $ 72.00 | $ 288.00 |
| **Power Systems** | 2013 | Bars | 61850 | Aluminum Training Bar | 5 | $ 199.95 | $ 999.75 |
| | 2013 | | 24014 | Dynamax Med Ball - 14lb. | 5 | $ 99.95 | $ 499.75 |
| | | | 24020 | Dynamax Med Ball - 20lb. | 5 | $ 114.95 | $ 574.75 |

### *G.A.C. Fitness - Equipment List*

| Brand | Year | Type | Model | Description | Quantity | Unit Pricing | Total Cost Per Model |
|---|---|---|---|---|---|---|---|
| **TRX** | 2012 | Group X | | 6 Club Pack 3 Suspension Triainers | 1 | $ 1,199.70 | $ 1,199.70 |
| | | | | TRX Suspension Frame - | 2 | $ 400.00 | $ 800.00 |
| | | | | TRX Suspension Frame 20 Foot | 1 | $ 4,695.00 | $ 4,695.00 |
| | | | | TRX Professional Club Pack | 14 | $ 189.95 | $ 2,659.30 |
| **Star-Trac** | 2012 | Spinning | Sep-70 | Pro Spinner - 9-7070 | 21 | $ 750.00 | $ 15,750.00 |
| **GRAND TOTAL OF FITNESS EQUIPMENT** | | | | | | $ | 332,617.87 |

## G.A.C. Fitness - Equipment List

| Brand | Year | Type | Model | Description | Quantity | Unit Pricing | Total Cost Per Model |
|---|---|---|---|---|---|---|---|
| **Bushong** | 2012 | Food Equipment | SATS23F | Saturn 1 Door Freezer | 1 | $ 2,502.72 | $ 2,502.72 |
| | | | SATS23R | Saturn 1 Door Refridgerator | 1 | $ 1,960.20 | $ 1,960.20 |
| | | | ICEU300HA | Ice-O-Matic Undercounter Ice Machine | 1 | $ 2,355.00 | $ 2,355.00 |
| | | | TGM-22RV | Turbo Air - Refrigerated Merchandiser | 2 | $ 1,426.39 | $ 2,852.78 |
| | | | 12GAC001 | Gravity Feed Shelf for Merchandiser - TGM22RV | 12 | $ 34.88 | $ 418.56 |
| **AV Now** | 2012 | Sound Systems | | Field Room System | 1 | $ 4,278.81 | $ 4,278.81 |
| | | | | Group X Room | 1 | $ 3,392.00 | $ 3,392.00 |
| | | | | Main Workout Area | 1 | $ 4,199.79 | $ 4,199.79 |
| | | | | Wireless Transmitters for Cardio Equip (15 pcs.) | 1 | $ 3,934.93 | $ 3,934.93 |
| **BestBuy** | 2012 | Media/Laundry | | TV's, Washer & Dryer | 1 | $ 8,504.92 | $ 8,504.92 |
| **Office Depot** | 2011 | Office Furniture | | Furniture outfitting of offices | 1 | $ 4,470.17 | $ 4,470.17 |
| | | | | | | | $ - |
| **Lockers.com** | 2012 | Lockers | 61358GY-A | STD - Single Tier 3 Wide - Gray | 3 | $ 350.00 | $ 1,050.00 |
| | | | 32368MAP | Designer-Double Tier - 3 Wide | 16 | $ 630.00 | $ 10,080.00 |
| | | | 32168MAP | Designer-Double Tier - 1 Wide | 2 | $ 240.00 | $ 480.00 |
| | | | 3333MAP | Side Panel Designer | 4 | $ 100.00 | $ 400.00 |
| | | | 33360 | Number Plates | 100 | $ 3.00 | $ 300.00 |

**GRAND TOTAL OF OTHER REMOVABLE EQUIPMENT/FURNITURE**                $ 51,179.88