

625 Eden Park Drive
Suite 450
Cincinnati, OH  45202
Direct Dial 513.361.8284
PHONE 513.361.0200 FAX 513.361.0335
tjolley@ralaw.com

WWW.RALAW.COM

May 2, 2023

**VIA CERTIFIED MAIL AND EMAIL**
Mayson Steele
Ohio Steele Fitness LLC d/b/a Fitness 1440
203 Hill Road Apt 23
Dalton, GA 30721
msteele.fitness1440@yahoo.com

**VIA EMAIL**
Heath York
Fitness 1440
heath.e.york@gmail.com

Re: Invoice and Demand for Payment for Gym Equipment

Dear Mayson and Heath:

I am legal counsel for Sueno Fitness DBA GAC Fitness. On behalf of my client, I am writing to demand payment of $60,000 for the gym equipment that you agreed to purchase from my client. Attached is an invoice for the amount owed. According to the terms of the agreement, payment for the equipment was due beginning in November 2022.

Unfortunately, my client has not received payment from you despite multiple requests and attempts to contact you. This is a clear breach of the agreement, and we have no choice but to take action to protect our interests.

If my client does not receive full payment within 30 days of the date of this letter, we will be forced to sell the equipment to someone else and seek all legal recourse available. This may include legal action to recover the full amount owed under the contract, as well as any additional damages resulting from your breach of contract, including but not limited to interest and attorney's fees.

We urge you to take this matter seriously and make payment as soon as possible to avoid further legal action. If you have any questions or concerns, please do not hesitate to contact me.

Practical Advice. Real Solutions.
That's the Roetzel way.    ralaw.com

15831751 _1

EXHIBIT 2

Very truly yours,

ROETZEL & ANDRESS, LPA

*Tyler M. Jolley*

TYLER M. JOLLEY

**EXHIBIT 2**