

From: **Heath York**
To: **Becky My Love**
cgrajeda@gac-fitness.com
Cc: **Mayson Steele**
Today at 8:59 PM

## Fitness 1440 springboro Ohio

Mr. And Mrs. Grajeda

Good evening my name is Heath York I hope this email finds you both well. As a representative of Fitness 1440 in springboro Ohio. I am respectfully and officially informing you that we will no longer allow access or usage of any kind to neither of you. Any access to the premises this day forward will be considered as trespassing. Please accept this request put into effect this 9th day of May 2003.

Heath York

EXHIBIT 3