# Jolley, Tyler

| | |
|---|---|
| **From:** | Jolley, Tyler <TJolley@ralaw.com> |
| **Sent:** | Thursday, May 11, 2023 10:53 PM |
| **To:** | msteele.fitness1440@yahoo.com; heath.e.york@gmail.com |
| **Subject:** | RE: Invoice and Demand for Payment for Gym Equipment |
| **Importance:** | High |

Shane and Heath,

I understand Heath emailed Mr. and Mrs. Grajeda on Tuesday, May 9, 2023. As you know and as you knew when you sent that email, I represent them and their business. As such, please do not contact them. You are required to direct all communications to me.

As for the substance of the email, frankly, I am shocked at what you are doing. You are continuing to run a gym using my clients' equipment without paying them for the equipment and now, you are preventing my clients from accessing the gym and their equipment. You have no rights to the equipment. Period.

You've made it clear that you have no intent to pay my clients and plan to continue to wrongfully use the equipment for as long as you think you can get away with it. As such, my clients, in an effort to mitigate their damages, have lined up another buyer for the equipment who can pick up the equipment on May 22, 2023.

You have two options:

1. Pay my client $60,000 by 5:00 p.m. ET on May 14, 2023; or
2. Confirm that you will allow my clients and the other buyer access to the gym on May 22, 2023 so that my clients can consummate a sale of their equipment. If you choose this option, I need confirmation in writing by 5:00 p.m. ET on May 14, 2023 that you will allow my clients and the other buyer access to the gym to consummate the sale of the equipment.

If I do not receive a response by 5:00 p.m. ET on May 14, 2023, then I will assume that you are not going to do what you are required to do and plan to continue to wrongfully and illegally use my clients' equipment. At that time, we will have no choice but to file a lawsuit against you for, among other things, breach of contract, conversion, fraud, and replevin, to seek all monetary damages, including attorney's fees and punitive damages, as well as a Court order to recover the equipment.

**Tyler M. Jolley**
*Attorney*



625 Eden Park Drive, Suite 450, Cincinnati, OH 45202
Direct Phone: 513.361.8284  |  Fax: 513.361.0335  |  www.ralaw.com

Admitted Ohio & Kentucky

1

EXHIBIT 4

*Both Tyler Jolley and Roetzel & Andress intend that this message be used exclusively by the addressee(s). This message may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unauthorized disclosure or use of this information is strictly prohibited. If you have received this communication in error, please permanently dispose of the original message and notify Tyler Jolley immediately at 513.361.8284. Thank you.*

**From:** Jolley, Tyler <TJolley@ralaw.com>
**Sent:** Tuesday, May 2, 2023 11:15 PM
**To:** msteele.fitness1440@yahoo.com; heath.e.york@gmail.com
**Subject:** Invoice and Demand for Payment for Gym Equipment

Mayson and Heath,

Please see the attached letter and invoice.

Thank you.

**Tyler M. Jolley**
*Attorney*



625 Eden Park Drive, Suite 450, Cincinnati, OH 45202
Direct Phone: 513.361.8284 | Fax: 513.361.0335 | www.ralaw.com

Admitted Ohio & Kentucky

*Both Tyler Jolley and Roetzel & Andress intend that this message be used exclusively by the addressee(s). This message may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unauthorized disclosure or use of this information is strictly prohibited. If you have received this communication in error, please permanently dispose of the original message and notify Tyler Jolley immediately at 513.361.8284. Thank you.*

EXHIBIT 4