IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| SUENO FITNESS INC.., | CASE NO. 1:23-CV-415 |
| Plaintiffs, | JUDGE TIMOTHY S. BLACK |
| vs. | |
| OH STEELE FITNESS, LLC., et al., | **ORDER OF POSSESSION** |
| Defendants. | |

This matter is before the Court upon the Motion of Plaintiffs Sueno Fitness Inc. ("Sueno"), Hilario Grajeda, and Rebecca Grajeda for an Emergency Order of Possession pursuant to Section 2737.19 of the Ohio Revised Code ("Motion"). Having considered the Motion and the Court being otherwise sufficiently advised, the Court hereby finds Plaintiffs will suffer irreparable injury because there is a present danger that Plaintiffs' property will be immediately disposed of, concealed, or placed beyond the jurisdiction of this Court and the value of Plaintiffs' property will be impaired substantially if the issuance of an order of possession is delayed. The Court, therefore, GRANTS Plaintiffs' Motion.

IT IS HEREBY ORDERED that:

(i) Plaintiffs are entitled to take possession of the equipment listed in Exhibit 1A to Plaintiffs' Motion (hereinafter "Equipment").

(ii) Defendants and their members, employees, contractors, agents. and representatives shall cease any and all use and operation of the Equipment upon service of this Order upon Defendants;

(iii) Defendants shall, within five (5) days of the date of entry of this Order, provide

2

confirmation to Plaintiffs' counsel of record as to the present location and status of the Equipment;

(iv) Neither Defendants nor their members, employees, contractors, agents, or representatives shall move or allow to be moved the Equipment and shall make the Equipment freely and readily available to Plaintiffs and their agents for purposes of recovery pursuant to this Order not later than ten (10) days following this Order; and

(v) Defendants and their members, employees, contractors, agents, and representatives shall fully cooperate with Plaintiffs' efforts to recover the Equipment as directed in this Order.

IT IS SO ORDERED.

_____
JUDGE TIMOTHY S. BLACK

404550.01.121025.0001