IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| SUENO FITNESS INC., et al., | CASE NO. 1:23-CV-415 |
| Plaintiffs, | JUDGE TIMOTHY S. BLACK |
| vs. | |
| OH STEELE FITNESS, LLC., et al., | **CERTIFICATE OF COMPLIANCE** |
| Defendants. | |

Counsel for Plaintiffs Sueno Fitness Inc., Hilario Grajeda, and Rebecca Grajeda certifies they emailed a copy of the Court's October 5, 2023, Minute Entry and Notation Order to the following: Shane Franklin (Defendant and owner of Defendant OH Steele Fitness, LLC), Jeffrey Nye (limited appearance for Defendants Shane Franklin and OH Steele Fitness, LLC), and Alec Shelowitz (counsel for Defendants Fitness 1440, Inc. and Phoenix Fitness 1440, Inc.)

Respectfully submitted,

*/s/ Tyler M. Jolley*
Tyler M. Jolley (0092772)
Robert W. Schrimpf (0085020)
ROETZEL & ANDRESS, LPA
625 Eden Park Drive, Suite 450
Cincinnati, OH  45202
Phone: 513.361.0200
Fax: 513.361.0335
E-mail: tjolley@ralaw.com
rschrimpf@ralaw.com

*Attorneys for Plaintiffs Sueno Fitness, Inc.,
Hilario Grajeda, and Rebecca Grajeda*

404550.01.121025.0001

2

**CERTIFICATE OF SERVICE**

A true copy of the foregoing was electronically filed with the Court on October 9, 2023. In addition, a true copy of the foregoing was served via U.S. mail on October 9, 2023, upon the following:

OH STEELE FITNESS, LLC
c/o Shane Franklin
230 Hill Road, Apt. 23
Dalton, GA 30721

OH STEELE FITNESS, LLC
c/o Shane Franklin
1468 Lexington Ave.
Mansfield, OH 44097

SHANE FRANKLIN
230 Hill Road, Apt. 23
Dalton, GA 30721

FITNESS 1440, INC.
870 East Williams Field Road
Gilbert, AZ 85295

FITNESS 1440, INC.
c/o Steven Beach
870 East Williams Field Road
Gilbert, AZ 85295

PHOENIX 1440, INC.
c/o Steven Beach
870 East Williams Field Road
Gilbert, AZ 85295

*/s/ Tyler M. Jolley*
Attorney for Plaintiffs

404550.01.121025.0001