IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| SUENO FITNESS INC., et al., | CASE NO. 1:23-CV-415 |
| Plaintiffs, | JUDGE TIMOTHY S. BLACK |
| vs. | |
| OH STEELE FITNESS, LLC., et al., | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs, by and through undersigned counsel, hereby give notice of dismissal of their claims against Defendants OH Steele Fitness, LLC and Shane Franklin without prejudice. Plaintiffs previously filed a Motion to Dismiss Defendants Fitness 1440, Inc. and Phoenix Fitness 1440, Inc. without prejudice, pursuant to Rule 21 of the Federal Rules of Civil Procedure, which this Court granted. Thus, with Plaintiffs' dismissal of their claims against Defendants OH Steele Fitness, LLC and Shane Franklin without prejudice, there are no parties or claims remaining in this action, and this action may be terminated from the Court's docket.

Respectfully submitted,

*/s/ Tyler M. Jolley*
Tyler M. Jolley (0092772)
Robert W. Schrimpf (0085020)
ROETZEL & ANDRESS, LPA
625 Eden Park Drive, Suite 450
Cincinnati, OH  45202
Phone: 513.361.0200
Fax: 513.361.0335
E-mail: tjolley@ralaw.com
         rschrimpf@ralaw.com
*Attorneys for Plaintiffs Sueno Fitness, Inc., Hilario Grajeda, and Rebecca Grajeda*

## CERTIFICATE OF SERVICE

A true copy of the foregoing was electronically filed with the Court on January 11, 2024. In addition, a true copy of the foregoing was served via U.S. mail on January 11, 2024 upon the following:

OH STEELE FITNESS, LLC
c/o Shane Franklin
203 Hill Road, Apt. 23
Dalton, GA 30721

OH STEELE FITNESS, LLC
c/o Shane Franklin
1468 Lexington Ave.
Mansfield, OH 44097

SHANE FRANKLIN
203 Hill Road, Apt. 23
Dalton, GA 30721

                                                         */s/ Tyler M. Jolley*
                                                         Attorney for Plaintiffs